IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEROME WADE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: |
| : | 7:24-cv-64-WLS |
| CORTEVA AGRISCIENCE LLC, : | |
| : | |
| Defendant. : | |

## ORDER

By Order (Doc. 11) entered January 21, 2025, the Court granted the Parties' Joint Motion Staying Initial Discovery/Scheduling Conference with Court (Doc. 9) for a period of thirty (30) days to allow the Parties to continue good-faith settlement discussions and to allow Defendant's new counsel, Keshia Tiemann, time to familiarize herself with the case. The thirty-day continuance will expire on Thursday, February 20, 2025, at which time the **in-person** initial scheduling/discovery conference will be rescheduled if the case has not been resolved.

Accordingly, **IT IS HEREBY ORDERED** that on or before **Friday, February 21, 2025**, the Parties shall file a joint status report apprising the Court of the status of their settlement negotiations.

**SO ORDERED**, this 18th day of February 2025.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1