IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JEROME WADE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO: |
| | : | 7:24-cv-64-WLS |
| CORTEVA AGRISCIENCE LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

By Order (Doc. 11) entered January 21, 2025, the Court granted the Parties' Joint Motion Staying Initial Discovery/Scheduling Conference with Court (Doc. 9) for a period of thirty (30) days to allow the Parties to continue good-faith settlement discussions which they initiated during their Rule 26(f) conference. The Parties were ordered to file a joint status report no later than Friday, February 21, 2025. (*See* Doc. 12).

The Parties timely filed a Joint Status Report (Doc. 13) ("Motion") requesting an additional thirty (30) days to continue their good-faith settlement discussions to explore potential resolution.

Based on the foregoing, and for good cause shown, the Parties' Motion (Doc. 13) is **GRANTED**. This action will remain **STAYED** until **Wednesday, March 26, 2025**. On or before **Wednesday, March 26, 2025**, the Parties shall file a second joint status report apprising the Court of the status of their settlement negotiations.

**SO ORDERED**, this 24th day of February 2025.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1