IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JEROME WADE,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO: |
| : | 7:24-cv-64-WLS |
| **CORTEVA AGRISCIENCE LLC,** : | |
| : | |
| Defendant. : | |

## ORDER

Presently before the Court is the Joint Notice and Request to Stay (Doc. 15) ("Motion"). Therein, the Parties notify the Court that they have reached an agreement in principal to resolve this case. The Parties are in the process of finalizing the settlement documents and indicate they expect to file a dismissal of all claims within sixty (60) days. The Parties request that the Court stay all deadlines in this lawsuit pending completion of settlement.

For good cause, the Motion (Doc. 15) is **GRANTED**. All pending deadlines, if any, are stayed pending further order of the Court. To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by **no later than Friday, May 23, 2025**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 25th day of March 2025.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1