UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEROME WADE,<br><br>　　　Plaintiff,<br><br>v.<br><br>CORTEVA AGRISCIENCE LLC,<br><br>　　　Defendant. | CIVIL ACTION FILE NO.<br><br>7:24-cv-64 (WLS) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Jerome Wade and Defendant Corteva Agriscience LLC, through their undersigned attorneys of record, and hereby give notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 19th day of May, 2025.

/s/ Amanda M. Brookhuis
Amanda Brookhuis, Esq.
Georgia Bar No. 601396

/s/ Keshia M. Tiemann
Keshia M. Tiemann
Georgia Bar No. 751051
Keshia.Tiemann@gtlaw.com
Megan C. Eckel
Georgia Bar No. 542556
Megan.Eckel@gtlaw.com

THE KIRBY G. SMITH LAW FIRM, LLC
2872 Woodcock Blvd.
Suite 225
Atlanta, Georgia 30341
Phone: (844) 454-7529
Fax: (877) 352-6253
amb@kirbygsmith.com

*Attorney for Plaintiff*

GREENBERG TRAURIG, LLP
Terminus 200
Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for Defendant*

SO ORDERED this 20th day of May, 2025

W. Louis Sands, Sr. Judge
United States District Court