IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEROME WADE, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-64 (WLS) |
| | * |
| CORTEVA AGRISCIENCE LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 20, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of May, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk